[No. 4492–II. Division Two. August 26, 1981.]

REGAL CONSTRUCTION, LTD., *Appellant,* v. BAY
CITIES CONSTRUCTION, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 273445, James V. Ramsdell, J., entered Janu-
ary 4, 1980. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Petrich, J., and Johnson, J. Pro Tem.

[No. 4035–II. Division Two. August 26, 1981.]

*In the Matter of the Marriage of* ELAINE K.
KARNS, *Appellant, and* ROBERT E.
KARNS, *Respondent.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 43413, Thomas L. Lodge, J., entered
March 23, 1979. *Reversed* and *remanded* by unpublished
opinion per Petrie, J., concurred in by Petrich, J., and
Johnson, J. Pro Tem.

[No. 4467–II. Division Two. August 27, 1981.]

GERALD D. ELMORE, ET AL, *Respondents,* v. BERNARD
FAKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 280527, Donald H. Thompson, J., entered
November 30, 1979. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrich, J.